In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands under Water, Wharfage and Other Rights on Ward's Island in the Borough of Manhattan.

METROPOLITAN-COLUMBIA STOCKHOLDERS, INC., et al., Appellants.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument and a stay denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 583.)

WESTERN NEW YORK AND PENNSYLVANIA RAILWAY COMPANY, Appellant, v. CITY OF BUFFALO et al., Respondents.

Reported below, 264 App. Div. 832.
Submitted October 5, 1942; decided October 15, 1942.

*Percy R. Smith* and *Harold J. Adams* for motion.

*Andrew P. Ronan*, Corporation Counsel (*Herbert A. Hickman* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements on the ground the appeal lies as of right.